DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 063P13 | Alonza Herbert Ward, Jr. v. Laura Cuthrell Ward | Def's PDR Under N.C.G.S. § 7A-31 (COA12-844) | Denied |
| 068P13 | State v. Archie Edward Hoskins | Def's PDR Under N.C.G.S. § 7A-31 (COA12-799) | Denied |
| 071A13 | State v. Jimmy Ray Lemons | 1. Def's NOA Based Upon a Constitutional Question (COA12-913)<br><br>2. State's Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Allowed |
| 074P98-4 | State v. William T. Barnes | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Rockingham County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |
| 077P13 | State v. Jose DeJesus Santibanz | 1. Def's NOA Based Upon a Constitutional Question (COA12-177)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  State's Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Denied<br><br>3. Allowed |
| 078P13 | State v. Robert Thompson Broom | Def's PDR Under N.C.G.S. § 7A-31 (COA12-209) | Denied |
| 080A13 | State v. Timothy Charles Wilkes | 1. Def's NOA Based Upon a Dissent (COA12-387)<br><br>2. Def's PDR as to Additional Issues Under N.C.G.S. § 7A-31 | 1. - - -<br><br><br>2. Denied |
| 081P13 | State of N.C. ex rel. Utilities Commission; Public Staff – Utilities Commission, Intervenor v. Carolina Water Service, Inc. of North Carolina, Applicant and Charlotte-Mecklenburg Utilities, a Department of the City of Charlotte, Intervenor | 1. Applicant's NOA Based Upon a Constitutional Question (COA12-475)<br><br>2. Applicant's PDR Under N.C.G.S. § 7A-31<br><br>3. Intervenor's (Public Staff) Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Denied<br><br><br>3. Allowed |